

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00649-CV

Donald E. **GHIDONI**,
Appellant

v.

Nancy **GHIDONI** (Meehan),
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 1992-CI-17421
Honorable Michael E. Mery, Judge Presiding

PER CURIAM

Sitting:     Karen Angelini, Justice
             Sandee Bryan Marion, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  April 9, 2014

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of service to appellee, who has not opposed the motion. Therefore, we grant the motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against appellant. *See id.* 42.1(d).

PER CURIAM